UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CTRS. FOR MEDICARE & MEDICAID SERVICES, et al.,<br><br>Defendants. | Civil Action No. 26-3388 (TSC) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Mason D. Braken as counsel for Defendants in this action.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Mason D. Braken*

MASON D. BRACKEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2523

*Attorney for the United States of America*