UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CTRS. FOR MEDICARE & MEDICAID SERVICES, et al.,<br><br>Defendants. | Civil Action No. 26-3388 (TSC) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, U.S. Centers for Medicare & Medicaid Services and the Department of Health and Human Services, by and through undersigned counsel, respectfully files their first motion for extension of time to answer or otherwise respond to Plaintiff's Complaint. Plaintiff filed a one-count Complaint under the Freedom of Information Act for alleged failure to timely produce records responsive to its three requests. Defendants seek a two-week extension—from October 29 to November 12, 2026. The Parties conferred under Local Civil Rule 7(m). Plaintiff courteously consents to the relief sought herein. The grounds for this motion are as follows.

Defendants respectfully submits that there is good cause for the requested extension. First, due to matters and competing deadlines in many older, pending cases, undersigned counsel requires additional time to review the Complaint, investigate Plaintiff's claims, confer with the agencies, and examine the administrative record. Second, Defendants need sufficient time to ensure internal review of a responsive Court filing consistent with Department of Justice

procedures.

This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay. This is Defendants' first request for an extension. There are no other existing deadlines in this case. Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiff (indicated by its consent to the relief sought herein) nor will it adversely affect this Court's orderly administration of this matter given the very early stages of this case.

For these reasons, Defendants respectfully request that the Court extend the time for Defendants to answer or otherwise respond to the Complaint as set forth in the attached proposed order.

Dated: October 28, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ Mason D. Bracken_*

MASON D. BRACKEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CTRS. FOR MEDICARE & MEDICAID SERVICES, et al.,<br><br>Defendants. | Civil Action No. 26-3388 (TSC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendants' Consent Motion for Extension of Time to Respond to the Complaint, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED.

It is further ORDERED that Defendant's response to the Complaint is now due on or before November 12, 2026.

IT IS SO ORDERED.

SIGNED:

____________________
Date

______________________________
TANYA S. CHUTKAN
United States District Judge