UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, et al.,<br><br>Defendants, | Civil Action No. 26-3388 (TSC) |

**ANSWER**

Defendants Centers for Medicare and Medicaid Services and the Department of Health and Human Services, by and through undersigned counsel, hereby respond to the Complaint (ECF No. 1) filed by Plaintiff Government Information and Oversight, alleging violations of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq*.

To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendants may refer to such materials for their accurate and complete contents in response; however, Defendants' references are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other action; or (c) admissible in this, or any other, action. Defendants expressly deny all allegations in the Complaint including the relief sought, that are not specifically admitted in this Answer. When a textual sentence is followed by a citation or citations, the textual sentence and its accompanying citation are referred to as one sentence. Defendants respond to the Complaint in like numbered paragraphs as follows:

1. This paragraph consists of Plaintiff's characterization of its Complaint, to which no response is required. To the extent a response is deemed required, Defendants admit only that this is an action brought under the FOIA by Plaintiff and in all other aspects deny, including denying that Plaintiff is entitled to the relief requested in this paragraph.

2. The first sentence of this paragraph constitutes a conclusion of law to which no response is required. As to the second sentence, Defendants admit only that they had not produced any records to Plaintiffs in response to the FOIA requests at issue in this Complaint as of the date the Complaint was filed.

**PARTIES**[1]

3. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained within this paragraph.

4. Defendants admit only that the Centers of Medicare and Medicaid Services ("CMS") is an operating component within the Department of Health and Human Services ("HHS"), and that HHS is a federal agency subject to the FOIA. Defendants deny that CMS is a proper defendant to this action. The remaining allegations of this paragraph constitute legal conclusions, to which no response is required.

---

[1] For ease of reference, Defendants' Answer replicates the headings contained in the Complaint. Although Defendants believes that responses to headings in the Complaint are not required, to the extent a response is deemed required and to the extent the headings or subheadings contained in the Complaint or this Answer could be construed to contain factual allegations, any such allegations are denied.

5. Defendants admit only that HHS is headquartered in the District of Columbia, that CMS and the Advanced Research Projects Agency for Health ("ARPA-H") are operating components within HHS, and that HHS is a federal agency subject to the FOIA. The remaining allegations of this paragraph constitute legal conclusions, to which no response is required. Defendants deny that Plaintiff is entitled to the relief requested in this paragraph.

## JURISDICTION AND VENUE

6. This paragraph contains conclusions of law regarding jurisdiction to which no response is required. To the extent a response is deemed required, Defendants admit that this Court has jurisdiction over claims involving proper FOIA requests, subject to the terms and limitations of the FOIA.

7. This paragraph consists of conclusions of law regarding venue to which no response is required. To the extent a response is deemed required, Defendants admit that venue is proper in this district for a properly stated FOIA claim.

8. This paragraph consists of conclusions of law to which no response is required.

## GAO'S FOIA REQUESTS

9. Defendants admit only that Plaintiff submitted a FOIA request to HHS on August 7, 2026. Defendants respectfully refer the Court to that request as the best evidence of its contents and deny all allegations inconsistent therewith.

10. Admitted.

11. Defendants admit only that Plaintiff submitted a FOIA request to CMS on August 18, 2026. Defendants respectfully refer the Court to that request as the best evidence of its contents and deny all allegations inconsistent therewith.

12. Admitted.

13. Defendants admit only that Plaintiff submitted a FOIA request to CMS on August 27, 2026. Defendants respectfully refer the Court to that request as the best evidence of its contents and deny all allegations inconsistent therewith.

14. Admitted.

15. Defendants admit only that CMS wrote to Plaintiff on September 25, 2026. Defendants respectfully refer the Court to that document as the best evidence of its contents and deny all allegations inconsistent therewith.

16. Defendants admit only that Plaintiff sent correspondence to CMS on September 25, 2026, and that CMS responded on September 28, 2026. Defendants respectfully refer the Court to those documents as the best evidence of their contents and deny all allegations inconsistent therewith.

17. This paragraph consists of a conclusion of law, to which no response is required.

18. This paragraph consists of a conclusion of law, to which no response is required.

19. Admitted only that, as of the date of the filing of the Complaint, Defendants had not made a determination on any of the three requests.

20. This paragraph consists of a conclusion of law, to which no response is required.

21. This paragraph consists of conclusions of law, to which no response is required.

22. This paragraph consists of conclusions of law, to which no response is required.

23. Admitted only that, as of the date of the filing of the Complaint, Defendant had not communicated to Plaintiff that it was invoking 5 U.S.C. § 552(a)(6)(A).

24. This paragraph consists of a conclusion of law, to which no response is required.

25. Admitted only that, as of the date of the filing of the Complaint, Defendants had not made a determination as to any of the three requests or notified Plaintiff of any right to appeal.

26. This paragraph consists of conclusions of law, to which no response is required.

**COUNT I.**
**FAILURE TO COMPLY WITH THE FREEDOM OF INFORMATION ACT**

27. Defendants incorporate their responses to paragraphs 1 – 26 as if set forth fully herein.

28. This paragraph consists of a conclusion of law, to which no response is required.

29. This paragraph consists of conclusions of law, to which no response is required.

30. This paragraph consists of conclusions of law, to which no response is required.

**PRAYER FOR RELIEF**

The remainder of the Complaint consists of Plaintiff's Prayer for Relief, to which no response is required. To the extent a response is required, Defendants deny that Plaintiff is entitled to the relief requested in these paragraphs or elsewhere in the Complaint.

Pursuant to Rule 8(b)(3), Defendants assert a general denial of all allegations in the Complaint not specifically admitted to herein.

**DEFENSES**

Defendants respectfully request and reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendants through the course of the litigation. Defendants do not assume the burden of proving any of these defenses or elements of them where the burden is properly placed on Plaintiff as a matter of law.

**FIRST DEFENSE**

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by FOIA, 5 U.S.C. § 552 or the Privacy Act, 5 U.S.C. § 522a.

**SECOND DEFENSE**

Plaintiff is not entitled to compel the production of any record or portions thereof protected from disclosure by one or more exclusions or exemptions of the FOIA, 5 U.S.C. § 552(b), the Privacy Act, 5 U.S.C. § 552a, or other applicable law, nor is Plaintiff entitled to compel Defendant to confirm or deny the existence of responsive records when any such confirmation or denial would reveal information protected from disclosure by one or more exemptions of the FOIA.

**THIRD DEFENSE**

Plaintiff is not entitled to production of non-exempt portions of records that are not reasonably segregable from exempt portions of records.

**FOURTH DEFENSE**

Plaintiff is neither eligible for nor entitled to an award of attorneys' fees or costs in this action.

**FIFTH DEFENSE**

Plaintiff is not entitled to declaratory relief. 5 U.S.C. § 552(a)(4)(B).

**SIXTH DEFENSE**

Defendants have exercised due diligence in processing Plaintiff's FOIA requests and exceptional circumstances exist that necessitate additional time for Defendants to continue its processing of Plaintiff's FOIA requests. 5 U.S.C. § 552(a)(6)(C).

Dated: November 12, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s\/ Mason D. Bracken*

MASON D. BRACKEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*